UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 1:21-cv-00096 |
| | § | |
| $99,350.00, MORE OR LESS, | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

**<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

Comes now Petitioner United States of America, by and through the Acting United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and respectfully states as follows:

*Nature of the Action*

1. This is a civil action to forfeit *in rem* property and condemn to the use and benefit of the United States the following property: $99,350.00, more or less, in United States currency ("Defendant Property").

*Jurisdiction and Venue*

2. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1345, 1355, 1356.

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b)(1), 1391(b), and 1395, and 18 U.S.C. § 981(h).

4. The Defendant Property is in possession of the United States Marshals Service in the Southern District of Texas.

1

*Statutory Basis for Forfeiture*

**21 U.S.C. § 881(a)(6)**

5.  821 U.S.C. § 881(a)(6) mandates the forfeiture of "all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter."

6.  The Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because the funds constitute: (1) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and/or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

*Factual Basis*

7.  Drug traffickers in the Southern District of Texas and beyond exchange controlled substances for cash in an effort to disguise the criminal origin of their proceeds and to evade law enforcement.

8.  These drug traffickers use couriers to physically deliver the drugs and to receive the cash proceeds. The proceeds are often in large, bulk amounts. Sometimes one courier handles both the drugs and the money. Other times, one courier hands off the controlled substances, and a separate courier receives the cash proceeds.

9.  On or about January 6th, 2021, Daniel Morales ("Morales") received and transported bulk cash proceeds from the sale of cocaine, a controlled substance,[1] as described above.

---

[1] See 21 U.S.C. § 812, Schedule II (a)(4)

10.     Morales drove to a cocaine-for-cash transaction location in a grey 2013 Ford Focus bearing the Texas license plate MKC2843. Morales received the proceeds from the cocaine-for-cash transaction (the Defendant Property) and placed the Defendant Property in the Ford Focus.

11.     Morales departed the transaction location in the same Ford Focus. Law enforcement stopped Morales soon after. Upon further investigation, law enforcement discovered the Defendant Property, and Morales was arrested.

## *Conclusion*

12.     Considering in totality the above described facts and circumstances, the evidence demonstrates that the Defendant Property is money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; proceeds traceable to such an exchange; and/or money used or intended to be used to facilitate a violation of the Controlled Substances Act. Therefore, the Defendant Property is subject to forfeiture.

## *Notice to Any Potential Claimants*

13.     YOU ARE HEREBY NOTIFIED that if you assert an interest in the Defendant Property which is subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The verified claim must be filed no later than thirty-five (35) days from the date this Complaint has been sent in accordance with Rule G(4)(b).

14.     An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty-one (21) days after filing the claim.  The claim and answer must be filed with the United States District Clerk for the Southern District of Texas at United States Courthouse, 1701 W. Business Hwy 83, McAllen, TX 78501, and a copy must be served upon the

undersigned Assistant United States Attorney at United States Attorney's Office, 600 E Harrison St. #201, Brownsville, TX 78520.

### *Prayer*

15. Wherefore, the United States of America prays that due process is issued to enforce the forfeiture of the Defendant Property, that due notice be given to all interested persons to appear and show cause why forfeiture of the Defendant Property should not be decreed, that the Defendant Property be condemned as forfeited to the United States to be disposed of according to law, and for such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted,

JENNIFER LOWERY
Acting United States Attorney

By: /s/ Rick Blaylock
Rick Blaylock
Assistant United States Attorney
Texas Bar No. 24103294
Federal Bar No. 3544108
600 E. Harrison St., #201
Brownsville, TX 78520
Office: (956) 566-2132
Fax: (956) 548-2711

*Verification*

I, Michael Scarano, a Special Agent with the United States Drug Enforcement Agency, hereby verify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in Paragraphs 7 through 11 of the Factual Basis in the foregoing Complaint For Forfeiture In Rem are true and correct to the best of my knowledge and belief.

Executed on ___July 6___, 2021.

Michael Scarano
Special Agent
United States Drug Enforcement Agency