United States District Court
Southern District of Texas
**ENTERED**
February 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. 1:21-CV-096 |
| $99,350.00, MORE OR LESS, IN UNITED STATES CURRENCY | § § § | |

## ORDER

In July 2021, the United States commenced an *in rem* forfeiture action against $99,350, more or less, in United States currency. (Complt., Doc. 1) After the required notices were published and sent to all potential claimants, no one appeared as a claimant on behalf of the currency, and the Government moved for default judgment and a final order of forfeiture. (Motion, Doc. 8)

A United States Magistrate Judge recommends that the motion for default judgment and final order of forfeiture be granted, and that default judgment be issued. (R&R, Doc. 12) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 12). It is:

**ORDERED** that Plaintiff United States of America's Motion for Default Judgment and Final Order of Forfeiture (Doc. 8) is **GRANTED**.

The Court will issue a Default Judgment and Order of Forfeiture in accordance with this Order.

Signed on February 11, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge